United States Bankruptcy Court for the:

DISTRICT OF ARIZONA

Case number *(if known)* _____ Chapter **11**

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/24

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**
**For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Ali A. Askari MD PC** |

| | |
|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names |

| | |
|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **86-0748640** |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **1331 North 7th Street Suite 400 Phoenix, AZ 85006**<br>Number, Street, City, State & ZIP Code | **P.O. Box 2939 Payson, AZ 85547**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Maricopa**<br>County | **Location of principal assets, if different from principal place of business**<br>**1106 North Beeline Highway Payson, AZ 85541**<br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

☐ (filled) Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | Ali A. Askari MD PC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

■ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | | | Relationship | |
|---|---|---|---|---|
| District | | When | Case number, if known | |

Case 2:25-bk-01263-MCW   Doc 1   Filed 02/14/25   Entered 02/14/25 18:04:28   Desc
Main Document   Page 2 of 42

Official Form 201   Voluntary Petition for Non-Individuals Filing for Bankruptcy   page 2

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**▮ Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 14, 2025**
                MM / DD / YYYY

**X** **/s/ Ali Askari**                                    **Ali Askari**
Signature of authorized representative of debtor             Printed name

                                                            Email Address of debtor

Title    **Owner**

**18. Signature of attorney**

**X** **/s/ Mark J. Giunta**                               Date    **February 14, 2025**
Signature of attorney for debtor                                    MM / DD / YYYY

**Mark J. Giunta 015079**
Printed name

**Law Office of Mark J. Giunta**
Firm name

**531 East Thomas Road**
**Suite 200**
**Phoenix, AZ 85012**
Number, Street, City, State & ZIP Code

Contact phone    **602-307-0837**    Email address    **markgiunta@giuntalaw.com**

**015079 AZ**
Bar number and State

## ALI A. ASKARI M.D., P.C.

An Arizona Professional Corporation

### RESOLUTION

Ali A. Askari, as CEO of Ali A. Askari M.D., P.C. ("Corporation"), hereby adopts the following Resolution:

**RESOLVED,** that it is desirable and in the best interest of the Corporation, its shareholders and other interested parties, that a Voluntary Petition be filed by the Company in the United States Bankruptcy Court for the District of Arizona, praying for relief under Chapter 11 of the Title 11 of the United States Code, and it is

**FURTHER RESOLVED**, that Ali A. Askari, as CEO of the Corporation, be and hereby is authorized on behalf of the Corporation to execute, verify and file such Voluntary Petition, the Schedules and Statement of Financial Affairs required by said Code and such other papers as may be necessary or proper in such Title 11 proceedings, and to take any and all action necessary or proper therein, including retention of counsel, accountants, investment bankers and such other professional persons as may be necessary and proper, and it is

**FURTHER RESOLVED**, that the Corporation is authorized to retain the Law Office of Mark J. Giunta as counsel for Ali A. Askari M.D., P.C.

Dated this 14 day of February, 2025

_____

Ali A. Askari, as CEO of Ali A. Askari M.D., P.C.

Debtor name    **Ali A. Askari MD PC**

United States Bankruptcy Court for the:    DISTRICT OF ARIZONA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐  *Schedule H: Codebtors* (Official Form 206H)
☐  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐  Amended *Schedule*
☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐  Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 14, 2025**          *X* **/s/ Ali Askari**
                                               Signature of individual signing on behalf of debtor

                                               **Ali Askari**
                                               Printed name

                                               **Owner**
                                               Position or relationship to debtor

Fill in this information to identify the case:

Debtor name **Ali A. Askari MD PC**

United States Bankruptcy Court for the: **DISTRICT OF ARIZONA**

Case number (if known): _____

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Blue Cross Blue Shield 200 E Randolph Street Chicago, IL 60601** | | **Group insurance policy** | | | | $22,778.16 |
| **Bridget Jackson 207 North Dessie Lane Payson, AZ 85541** | | **Wages** | | | | $3,176.88 |
| **Erika Manriquez 18802 North 22nd Lane Phoenix, AZ 85027** | | **Wages** | | | | $1,680.00 |
| **Fawn Struthers 5137 Vista Del Norte Payson, AZ 85541** | | **Wages** | | | | $1,854.32 |
| **Jennifer Bates 16 North Star Vale Drive #35 Payson, AZ 85541** | | **Wages** | | | | $1,680.00 |
| **Kira Holdings, LLC 9045 South 1300 East Sandy, UT 84094** | | **Accounts, chattels, paper, deposit accounts, A/R, fixtures, inventory, commercial tort claims, documents, goods, instruments, general intangibles, proc** | | $238,480.22 | $828,000.00 | $11,754.27 |
| **Kristen Paul 295 South Lion Springs Road Payson, AZ 85541** | | **Wages** | | | | $3,840.00 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Lorena Flores** | | **Wages** | | | | **$1,555.20** |
| **Naomi Werden 608 North Vista Road Payson, AZ 85541** | | **Wages** | | | | **$1,706.90** |
| **NMAC P.O. Box 740849 Cincinnati, OH 45274-0849** | | **2020 Nissan Armada** | | **$22,000.00** | **$12,407.00** | **$9,593.00** |
| **Showtyme Imaging P.O. Box 3443 Phoenix, AZ 85021** | | **Vendor for nuclear imaging** | | | | **$21,149.00** |
| **Unlock Real Estate Payson, LLC c/o Fennemore 2394 E Camelback Road Suite 600 Phoenix, AZ 85016** | | **Judgment** | **Disputed** | | | **$237,865.60** |
| **Victoria Ebersole 4514 North Parent Road Prescott Valley, AZ 86314** | | **Wages** | | | | **$1,600.00** |
| **Violeta Ghiorghiu 4415 East Greenway Road Phoenix, AZ 85032** | | **Wages** | | | | **$1,152.00** |
| **Yesennia Mejia Flores 1001 North 43rd Avenue Phoenix, AZ 85009** | | **Wages** | | | | **$1,280.00** |

Fill in this information to identify the case:

Debtor name     **Ali A. Askari MD PC**

United States Bankruptcy Court for the:     DISTRICT OF ARIZONA

Case number (if known)  _____

☐ Check if this is an
amended filing

Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                                    12/15

---

| Part 1: | **Summary of Assets** |
|---|---|

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*................................................................................    $     **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.............................................................................    $     **828,201.61**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*...............................................................................    $     **828,201.61**

---

| Part 2: | **Summary of Liabilities** |
|---|---|

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $     **861,754.27**

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................    $     **19,525.30**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................    +$     **281,792.76**

4.  Total liabilities ..........................................................................................................
    Lines 2 + 3a + 3b    $     **1,163,072.33**

**Fill in this information to identify the case:**

Debtor name     Ali A. Askari MD PC

United States Bankruptcy Court for the:    DISTRICT OF ARIZONA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **National Bank of Arizona** | **Checking** | **4599** | **$3,000.00** |
| 3.2. | **National Bank of Arizona** | **Checking** | **6400** | **$11,600.00** |
| 3.3. | **National Bank of Arizona** | **Money market** | **1444** | **$0.00** |

4.     **Other cash equivalents** *(Identify all)*

5.     **Total of Part 1.**                                                   **$14,600.00**
       Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

Debtor **Ali A. Askari MD PC** _____ Case number *(If known)* _____
Name

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

     11a. 90 days old or less:          **87,983.91**       -            **35,193.57**    = ....        **$52,790.34**

                        face amount                   doubtful or uncollectible accounts

     11b. Over 90 days old:         **591,021.39**     -         **472,617.12**   =....      **$118,404.27**

                        face amount                   doubtful or uncollectible accounts

12.    **Total of Part 3.**

     Current value on lines 11a + 11b = line 12.  Copy the total to line 82.               **$171,194.61**

| Part 4: | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

   ■ No.  Go to Part 5.
   ☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

   ■ No.  Go to Part 6.
   ☐ Yes Fill in the information below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No.  Go to Part 7.
   ☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No.  Go to Part 8.
   ■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>**Office furniture (desks, exam tables, chairs)** | **$40,000.00** | | **$10,000.00** |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Office equipment** | **$670,000.00** | | **$620,000.00** |
| | **Computers ($70,000 net book, $20,000 current value)**<br>**Nuclear camera ($300,000)** | | | |

| Debtor | Ali A. Askari MD PC | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

**Ultrasound machines ($300,000)**

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**

    Add lines 39 through 42. Copy the total to line 86.

    **$630,000.00**

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ■ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ■ No
    ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1. **2020 Nissan Armada** | $0.00 | | $12,407.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8.**

    Add lines 47 through 50. Copy the total to line 87.

    **$12,407.00**

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

    ■ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

    ■ No
    ☐ Yes

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

■ No. Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:**    **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.   **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.   **Internet domain names and websites** <br> **azmds.net** | **$0.00** | | 61.    **$0.00** |
| 62.   **Licenses, franchises, and royalties** | | | |
| 63.   **Customer lists, mailing lists, or other compilations** <br> **Patient list** | **$0.00** | | **$0.00** |
| 64.   **Other intangibles, or intellectual property** | | | |
| 65.   **Goodwill** | | | |

66.   **Total of Part 10.**

     Add lines 60 through 65. Copy the total to line 89.

                                               **$0.00**

67.   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

     ■ No

     ☐ Yes

68.   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

     ■ No

     ☐ Yes

69.   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

     ■ No

     ☐ Yes

**Part 11:**    **All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
     Include all interests in executory contracts and unexpired leases not previously reported on this form.

     ■ No. Go to Part 12.

     ☐ Yes Fill in the information below.

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $14,600.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $171,194.61 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $630,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $12,407.00 | |
| 88. **Real property.** *Copy line 56, Part 9*......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $828,201.61 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $828,201.61 |

Fill in this information to identify the case:

Debtor name   **Ali A. Askari MD PC**

United States Bankruptcy Court for the: DISTRICT OF ARIZONA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property     **12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ■ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **BHG Financial**<br>Creditor's Name<br><br>**201 Solar Street**<br>**Syracuse, NY 13204**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**Accounts receivable, inventory, instruments, equipment, intangibles, accounts, chattels, paper, good will, personal property.** | **$50,624.52** | **$828,000.00** |

**Describe the lien**
**UCC lien**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**10/24/2017**

**Last 4 digits of account number**
**3602**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | |
|---|---|---|---|
| **2.2** **CAN Capital**<br>Creditor's Name<br><br>**1850 Parkway Place Suite 1150**<br>**Marietta, GA 30067**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**Accounts, chattel paper, deposit accounts, personal property, assets and fixtures, general intangibles, instruments, equipment, inventory, and proceeds** | **$93,649.53** | **$828,000.00** |

**Describe the lien**
**UCC lien**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**03/10/2022**

**Last 4 digits of account number**
**1035**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

Name

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **KB-2011 LLLP** | | **Describe debtor's property that is subject to a lien** | $295,000.00 | $828,000.00 |

Creditor's Name

**Describe debtor's property that is subject to a lien**
**All receivables, insurance proceeds**

**6165 East Sweetwater Avenue**
**Scottsdale, AZ 85254**

Creditor's mailing address

**Describe the lien**
**UCC lien**

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
- ☐ No
- ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**05/19/2019**

**Last 4 digits of account number**
**4044**

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.4 | **Kira Holdings, LLC** | | **Describe debtor's property that is subject to a lien** | $238,480.22 | $828,000.00 |

Creditor's Name

**Describe debtor's property that is subject to a lien**
**Accounts, chattels, paper, deposit accounts, A/R, fixtues, inventory, commercial tort claims, documents, goods, instruments, general intangibles, proceeds, rents, profits, equipment, including echo cardio machines and nuclear machines.**

**9045 South 1300 East**
**Sandy, UT 84094**

Creditor's mailing address

**Describe the lien**
**UCC lien**

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
- ☐ No
- ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**11/23/2022**

**Last 4 digits of account number**
**9869**

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.5 | **NMAC** | | **Describe debtor's property that is subject to a lien** | $22,000.00 | $12,407.00 |

Creditor's Name

**Describe debtor's property that is subject to a lien**
**2020 Nissan Armada**

**P.O. Box 740849**
**Cincinnati, OH 45274-0849**

Creditor's mailing address

**Describe the lien**

**Auto Loan**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| | |
|---|---|
| Creditor's email address, if known | |
| **Date debt was incurred** | |
| **Last 4 digits of account number** | |

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.6 | **U.S. Small Business Administration** |
|---|---|

Creditor's Name

**P.O. Box 3918**
**Portland, OR 97208-3918**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**07/01/2020**

**Last 4 digits of account number**
**8102**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**

**All tangible and intangible personal property, inventory, equipment, instruments, promissory notes, chattel paper, etc.**

$162,000.00          $828,000.00

**Describe the lien**

**SBA Disaster Loan**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    $861,754.27

---

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Bankers Healthcare Group, LLC**<br>**10234 W State Road #4**<br>**Fort Lauderdale, FL 33324** | Line 2.1 | |
| **KB GP, LLC**<br>**P.O. Box 12367**<br>**Scottsdale, AZ 85267** | Line 2.3 | |

---

| Debtor | **Ali A. Askari MD PC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**U.S. Small Business Administration**
**1545 Hawkins Blvd**
**Suite 202**
**El Paso, TX 79925**

Line   **2.6**

**Fill in this information to identify the case:**

Debtor name    **Ali A. Askari MD PC**

United States Bankruptcy Court for the:    DISTRICT OF ARIZONA

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | | |
| | **Arizona Department of Revenue** | | |
| | **1600 West Monroe Street** | | |
| | **Phoenix, AZ 85007** | | |

|  |  |
|---|---|
| Priority creditor's name and mailing address | As of the petition filing date, the claim is: |
| **Arizona Department of Revenue** | *Check all that apply.* |
| **1600 West Monroe Street** | ☐ Contingent |
| **Phoenix, AZ 85007** | ☐ Unliquidated |
| | ☐ Disputed |
| Date or dates debt was incurred | Basis for the claim: |
| | **Taxes** |
| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No |
| | ☐ Yes |

Total claim: **$0.00**    Priority amount: **$0.00**

|  |  |
|---|---|
| **2.2** Priority creditor's name and mailing address | As of the petition filing date, the claim is: |
| **Bridget Jackson** | *Check all that apply.* |
| **207 North Dessie Lane** | ☐ Contingent |
| **Payson, AZ 85541** | ☐ Unliquidated |
| | ☐ Disputed |
| Date or dates debt was incurred | Basis for the claim: |
| | **Wages** |
| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

Total claim: **$3,176.88**    Priority amount: **$3,176.88**

Case 2:25-bk-01263-MCW    Doc 1    Filed 02/14/25    Entered 02/14/25 18:04:28    Desc
37050
Main Document      Page 19 of 42

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,680.00 | $1,680.00 |
|---|---|---|---|---|

**Erika Manriquez**
**18802 North 22nd Lane**
**Phoenix, AZ 85027**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,854.32 | $1,854.32 |
|---|---|---|---|---|

**Fawn Struthers**
**5137 Vista Del Norte**
**Payson, AZ 85541**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Internal Revenue Service**
**Centralized Insolvency Operation**
**P.O. Box 21126**
**Philadelphia, PA 19114-0326**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,680.00 | $1,680.00 |
|---|---|---|---|---|

**Jennifer Bates**
**16 North Star Vale Drive**
**#35**
**Payson, AZ 85541**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,840.00 | $3,840.00 |
|---|---|---|---|---|

**Kristen Paul**
**295 South Lion Springs Road**
**Payson, AZ 85541**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,555.20 | $1,555.20 |
|---|---|---|---|---|

**Lorena Flores**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,706.90 | $1,706.90 |
|---|---|---|---|---|

**Naomi Werden**
**608 North Vista Road**
**Payson, AZ 85541**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,600.00 | $1,600.00 |
|---|---|---|---|---|

**Victoria Ebersole**
**4514 North Parent Road**
**Prescott Valley, AZ 86314**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,152.00 | $1,152.00 |
|---|---|---|---|---|

**Violeta Ghiorghiu**
**4415 East Greenway Road**
**Phoenix, AZ 85032**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,280.00 | $1,280.00 |
|---|---|---|---|---|

**Yesennia Mejia Flores**
**1001 North 43rd Avenue**
**Phoenix, AZ 85009**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22,778.16 |
|---|---|---|---|

**Blue Cross Blue Shield**
**200 E Randolph Street**
**Chicago, IL 60601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Group insurance policy__

Is the claim subject to offset? ■ No ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Greenway Health**
**4301 W Boy Scout Blvd.**
**Suite 800**
**Tampa, FL 33607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Software services__

Is the claim subject to offset? ■ No ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $21,149.00 |
|---|---|---|---|

**Showtyme Imaging**
**P.O. Box 3443**
**Phoenix, AZ 85021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Vendor for nuclear imaging__

Is the claim subject to offset? ■ No ☐ Yes

Case 2:25-bk-01263-MCW    Doc 1    Filed 02/14/25    Entered 02/14/25 18:04:28    Desc
Main Document    Page 22 of 42

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SmartSystems Inc.**
4022 E Broadway Rd #119
Phoenix, AZ 85040

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: IT services

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $237,865.60 |
|---|---|---|---|

**Unlock Real Estate Payson, LLC**
c/o Fennemore
2394 E Camelback Road Suite 600
Phoenix, AZ 85016

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: Judgment

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

## Part 3: List Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. **Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 19,525.30 |
| 5b. Total claims from Part 2 | 5b. + | $ | 281,792.76 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 301,318.06 |

Fill in this information to identify the case:

Debtor name **Ali A. Askari MD PC**

United States Bankruptcy Court for the: DISTRICT OF ARIZONA

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal     Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.    State what the contract or lease is for and the nature of the debtor's interest     **Commercial sublease between Debtor and Hanger Prosthetics (tenant) @ $2,182.94/month**<br><br>State the term remaining    **8/31/2025**<br><br>List the contract number of any government contract | **Hanger Prosthetics & Orthotics, Inc.**<br>**1106 North Beeline Highway**<br>**Payson, AZ 85541** |
| 2.2.    State what the contract or lease is for and the nature of the debtor's interest     **Commercial lease for Payson office**<br><br>State the term remaining    **April 30, 2029**<br><br>List the contract number of any government contract | **Unlock Real Estate Payson LLC**<br>**c/o J. Christopher Gooch, Esq.**<br>**2394 E Camelback Road Suite 600**<br>**Phoenix, AZ 85016** |
| 2.3.    State what the contract or lease is for and the nature of the debtor's interest     **Commercial lease for Phoenix office**<br><br>State the term remaining    **September 30, 2026**<br><br>List the contract number of any government contract | **VTR Papago Medical Park, LLC** |

**Fill in this information to identify the case:**

Debtor name    **Ali A. Askari MD PC**

United States Bankruptcy Court for the:    DISTRICT OF ARIZONA

Case number (if known)  

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**   *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Advanced Breast Imaging, LLC** | **5837 North Palo Cristi Road Paradise Valley, AZ 85253** | **Kira Holdings, LLC** | ■ D  **2.4**<br>☐ E/F  ____<br>☐ G  ____ |
| 2.2 | **Ali A. Askari** | **5000 East Road Runner Road Paradise Valley, AZ 85253** | **Unlock Real Estate Payson, LLC** | ☐ D  ____<br>■ E/F  **3.5**<br>☐ G  ____ |
| 2.3 | **Ali A. Askari** | **5000 East Road Runner Road Paradise Valley, AZ 85253** | **Kira Holdings, LLC** | ■ D  **2.4**<br>☐ E/F  ____<br>☐ G  ____ |
| 2.4 | **Ali A. Askari** | **5837 North Palo Cristi Road Paradise Valley, AZ 85253** | **U.S. Small Business Administration** | ■ D  **2.6**<br>☐ E/F  ____<br>☐ G  ____ |
| 2.5 | **Ali A. Askari** | **5000 East Road Runner Road Paradise Valley, AZ 85253** | **BHG Financial** | ■ D  **2.1**<br>☐ E/F  ____<br>☐ G  ____ |

| Debtor | Ali A. Askari MD PC | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.6 | **Ali A. Askari** | **5000 East Road Runner Road**<br>**Paradise Valley, AZ 85253** | **KB-2011 LLLP** | ■ D  __2.3__<br>☐ E/F  _____<br>☐ G  _____ |
| 2.7 | **Mahdieh Assar** | **6830 East Ironwood Drive**<br>**Paradise Valley, AZ 85253** | **Kira Holdings, LLC** | ■ D  __2.4__<br>☐ E/F  _____<br>☐ G  _____ |
| 2.8 | **Thumb Butte Medical Center PLLC** | **c/o Hojatollah Askari Hosn**<br>**3124 Willow Creek Road**<br>**Prescott, AZ 86301** | **Kira Holdings, LLC** | ■ D  __2.4__<br>☐ E/F  _____<br>☐ G  _____ |

Debtor name    **Ali A. Askari MD PC**
_____

United States Bankruptcy Court for the:    DISTRICT OF ARIZONA
_____

Case number (if known)
_____

☐ Check if this is an
amended filing

## Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    **04/22**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2025** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$79,324.02** |
| **For prior year:**<br>From **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other _____ | **$1,983,140.40** |
| **For year before that:**<br>From **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | **$2,919,472.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. _Non-business income_ may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2025** to **Filing Date** | **Sublease income** | **$4,365.88** |
| **For prior year:**<br>From **1/01/2024** to **12/31/2024** | **Sublease income** | **$26,195.28** |
| **For year before that:**<br>From **1/01/2023** to **12/31/2023** | **Sublease income** | **$26,195.28** |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | **Unlock Real Estate Payson, LLC**<br>**c/o Fennemore**<br>**2394 E Camelback Road Suite 600**<br>**Phoenix, AZ 85016** | **10/22/2024**<br>**($20,000);**<br>**12/06/2024**<br>**($14,000);**<br>**12/09/2024**<br>**($5,000);**<br>**01/03/2025**<br>**($100,000)** | **$139,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Commercial lease payments** |
| 3.2. | **Blue Cross Blue Shield**<br>**200 E Randolph Street**<br>**Chicago, IL 60601** | **11/13/2024** | **$9,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Insurance** |
| 3.3. | **Showtyme Imaging**<br>**P.O. Box 3443**<br>**Phoenix, AZ 85021** | **1/21/2025** | **$10,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other __ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**   Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Unlock Real Estate Payson LLC v. Ali A. Askari M.D. P.C.** CV2025-00028 | **Civil proceeding** | **Gila County Superior Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

### Part 4: Certain Gifts and Charitable Contributions

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

### Part 5: Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

### Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

■ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☐ No. Go to Part 9.

■ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | **Ali A. Askari MD PC 1106 North Beeline Highway Payson, AZ 85541** | **Physician office specializing in cardiology** | **over 20,000 patients over the last 10 years** |
| | | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. **1106 North Beeline Highway, Payson AZ 85541** | **How are records kept?** *Check all that apply:* ■ Electronically ☐ Paper |
| 15.2. | **Ali A. Askari MD PC 1331 North 7th Street Suite 400 Phoenix, AZ 85006** | **Physician office specializing in cardiology** | **over 20,000 patients over the last 10 years** |
| | | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. **1331 North 7th Street, Suite 400, Phoenix, AZ 85006** | **How are records kept?** *Check all that apply:* ■ Electronically ☐ Paper |

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

■ Yes. State the nature of the information collected and retained.

Does the debtor have a privacy policy about that information?

☐ No

■ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.

    ☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:**   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

---

**Part 11:**   Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:**   Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a

---

similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

   ■ No.
   ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**
   List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

   ■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
   26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
   ☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    **Charles W. Clarke** <br> **CW Clarke Ltd.** <br> **8060 E Gelding Drive Suite 108** <br> **Scottsdale, AZ 85260** | |

   26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

   ■ None

   26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

   ■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|------------------|

27. **Inventories**
    Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| **Ali A. Askari** | **5000 East Road Runner Road Paradise Valley, AZ 85253** | **President/CEO/Owner** | **100** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Ali A. Askari 5000 East Road Runner Road Paradise Valley, AZ 85253** | **$739,540.18** | **2024** | **Salary** |
| | **Relationship to debtor Owner** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

### Part 14:   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 14, 2025** _____

| | |
|---|---|
| **/s/ Ali Askari** _____ | **Ali Askari** _____ |
| Signature of individual signing on behalf of the debtor | Printed name |

Position or relationship to debtor    **Owner** _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Arizona

In re __Ali A. Askari MD PC__    Case No. _____
                        Debtor(s)    Chapter __11__

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ................................ $ _____ **0.00**

    Prior to the filing of this statement I have received ................... $ _____ **0.00**

    Balance Due ...................................................................... $ _____ **0.00**

2.  The source of the compensation paid to me was:

    ■ Debtor    ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. [Other provisions as needed]
       **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

__February 14, 2025__    __/s/ Mark J. Giunta__
*Date*                   **Mark J. Giunta 015079**
                         *Signature of Attorney*
                         **Law Office of Mark J. Giunta**
                         **531 East Thomas Road**
                         **Suite 200**
                         **Phoenix, AZ 85012**
                         **602-307-0837  Fax: 602-307-0838**
                         **markgiunta@giuntalaw.com**
                         *Name of law firm*

# United States Bankruptcy Court
## District of Arizona

In re   **Ali A. Askari MD PC**                                        Case No.
                                     Debtor(s)          Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **-NONE-** | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Owner** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.


Date   **February 14, 2025**                         Signature   **/s/ Ali Askari**
                                                                  **Ali Askari**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## District of Arizona

In re    **Ali A. Askari MD PC**         Case No.
                              Debtor(s)         Chapter    **11**

☐ Check if this is an
Amended/Supplemental Mailing List
(Include only newly added or
changed creditors.)

# MAILING LIST DECLARATION

I, the Owner of the corporation named as the debtor in this case, do hereby certify, under penalty of perjury, that the Master

Mailing List, consisting of   **4**   sheet(s), is complete, correct and consistent with the debtor(s)' Schedules.

Date:    **February 14, 2025**          **/s/ Ali Askari**
                                         **Ali Askari/Owner**
                                         Signer/Title

Date:    **February 14, 2025**          **/s/ Mark J. Giunta**
                                         Signature of Attorney
                                         **Mark J. Giunta 015079**
                                         **Law Office of Mark J. Giunta**
                                         **531 East Thomas Road**
                                         **Suite 200**
                                         **Phoenix, AZ 85012**
                                         **602-307-0837  Fax: 602-307-0838**

ADVANCED BREAST IMAGING, LLC
5837 NORTH PALO CRISTI ROAD
PARADISE VALLEY AZ 85253


ALI A. ASKARI
5000 EAST ROAD RUNNER ROAD
PARADISE VALLEY AZ 85253


ALI A. ASKARI
5837 NORTH PALO CRISTI ROAD
PARADISE VALLEY AZ 85253


ARIZONA DEPARTMENT OF REVENUE
1600 WEST MONROE STREET
PHOENIX AZ 85007


BANKERS HEALTHCARE GROUP, LLC
10234 W STATE ROAD #4
FORT LAUDERDALE FL 33324


BHG FINANCIAL
201 SOLAR STREET
SYRACUSE NY 13204


BLUE CROSS BLUE SHIELD
200 E RANDOLPH STREET
CHICAGO IL 60601


BRIDGET JACKSON
207 NORTH DESSIE LANE
PAYSON AZ 85541


CAN CAPITAL
1850 PARKWAY PLACE SUITE 1150
MARIETTA GA 30067


ERIKA MANRIQUEZ
18802 NORTH 22ND LANE
PHOENIX AZ 85027


FAWN STRUTHERS
5137 VISTA DEL NORTE
PAYSON AZ 85541

Ali A. Askari MD PC -


GREENWAY HEALTH
4301 W BOY SCOUT BLVD.
SUITE 800
TAMPA FL 33607


HANGER PROSTHETICS & ORTHOTICS, INC.
1106 NORTH BEELINE HIGHWAY
PAYSON AZ 85541


INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
P.O. BOX 21126
PHILADELPHIA PA 19114-0326


JENNIFER BATES
16 NORTH STAR VALE DRIVE
#35
PAYSON AZ 85541


KB GP, LLC
P.O. BOX 12367
SCOTTSDALE AZ 85267


KB-2011 LLLP
6165 EAST SWEETWARTER AVENUE
SCOTTSDALE AZ 85254


KIRA HOLDINGS, LLC
9045 SOUTH 1300 EAST
SANDY UT 84094


KRISTEN PAUL
295 SOUTH LION SPRINGS ROAD
PAYSON AZ 85541


LORENA FLORES


MAHDIEH ASSAR
6830 EAST IRONWOOD DRIVE
PARADISE VALLEY AZ 85253


NAOMI WERDEN
608 NORTH VISTA ROAD
PAYSON AZ 85541

Ali A. Askari MD PC -


NMAC
P.O. BOX 740849
CINCINNATI OH 45274-0849


SHOWTYME IMAGING
P.O. BOX 3443
PHOENIX AZ 85021


SMARTSYSTEMS INC.
4022 E BROADWAY RD #119
PHOENIX AZ 85040


THUMB BUTTE MEDICAL CENTER PLLC
C/O HOJATOLLAH ASKARI HOSN
3124 WILLOW CREEK ROAD
PRESCOTT AZ 86301


U.S. SMALL BUSINESS ADMINISTRATION
P.O. BOX 3918
PORTLAND OR 97208-3918


U.S. SMALL BUSINESS ADMINISTRATION
1545 HAWKINS BLVD
SUITE 202
EL PASO TX 79925


UNLOCK REAL ESTATE PAYSON LLC
C/O J. CHRISTOPHER GOOCH, ESQ.
2394 E CAMELBACK ROAD SUITE 600
PHOENIX AZ 85016


UNLOCK REAL ESTATE PAYSON, LLC
C/O FENNEMORE
2394 E CAMELBACK ROAD SUITE 600
PHOENIX AZ 85016


VICTORIA EBERSOLE
4514 NORTH PARENT ROAD
PRESCOTT VALLEY AZ 86314


VIOLETA GHIORGHIU
4415 EAST GREENWAY ROAD
PHOENIX AZ 85032

Ali A. Askari MD PC -

VTR PAPAGO MEDICAL PARK, LLC

YESENNIA MEJIA FLORES
1001 NORTH 43RD AVENUE
PHOENIX AZ 85009

# United States Bankruptcy Court
## District of Arizona

In re __Ali A. Askari MD PC__

Debtor(s)

Case No. _____

Chapter __11__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Ali A. Askari MD PC__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

February 14, 2025

Date

/s/ Mark J. Giunta

**Mark J. Giunta 015079**

Signature of Attorney or Litigant

Counsel for __Ali A. Askari MD PC__

**Law Office of Mark J. Giunta**
**531 East Thomas Road**
**Suite 200**
**Phoenix, AZ 85012**
**602-307-0837 Fax:602-307-0838**
**markgiunta@giuntalaw.com**